UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-263 (RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENTINA CROZIER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MOTION TO TERMINATE SUPERVISED RELEASE |

Defendant, by and through her undersigned attorney, moves the Court to terminate her supervision. This motion is made pursuant to 18 U.S.C. § 3583(e)(1), which provides:

> The Court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6)and (a)(7)–terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

Ms. Crozier was sentenced to 30 months imprisonment and four years of supervised release by this Court on November 22, 2002. At the time of sentencing, Ms. Crozier had already been in custody for a little more than 15 months. She was released from custody and began her term of supervision in October, 2003.

Ms. Crozier is originally from California. Although this Court has maintained jurisdiction over her case, she has been under courtesy supervision in California since her

release from prison. Counsel conferred with her supervising probation officer in California, U.S. Probation Officer Rick Smith, who related that Ms. Crozier has been compliant with all terms of supervision and has been doing fine. He has had no problems with her and supports her early termination from supervision.

Ms. Crozier is a 53-year-old woman who has made some mistakes in her life. However, it appears that she has been working very hard to remedy those mistakes and to be a productive, law-abiding citizen. That is the purpose of supervision. Because it appears that she has attained the goals of supervision and has maintained those goals for a significant period of time (2 of the 4 years imposed), she requests the Court to terminate her term of supervision.

Dated: September 23, 2005

Respectfully submitted,

s/ Virginia G. Villa

VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415