# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

CLEMENTINA CROZIER,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 01-263 (RHK)

I hereby certify that on September 23, 2005, I caused the following document(s):

1. Defendant's Motion to Terminate Supervised Release.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| David Steinkamp | Diane Levendusky | Rick Smith |
| Asst. U.S. Attorney | Supv USPO | USPO |
| | Minneapolis, MN | San Bernardino, CA |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: September 23, 2005

*s/Virginia G. Villa*
VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415